BICKLE *v.* SWARTZ.

ASSIGNMENT OF ERRORS.—*New Trial.—Exclusion of Evidence.*—Where the overruling of a motion for a new trial is not assigned as error, the Supreme Court will not examine a question as to the exclusion of evidence.

APPEAL from the Wayne Circuit Court.

WORDEN, J.—There is but one assignment of error in this cause, and that relates to the exclusion of certain evidence offered by the appellant on the trial of the cause.

There is no error assigned in the overruling of the motion for a new trial.

The error assigned raises no question for our considera-

tion.    *Whitinger* v. *Nelson,* 29 Ind. 441 ; *Herrick* v. *Bunting,* *id.* 467 ; *Smith* v. *Crigler, id.* 516.

The judgment below is affirmed, with costs.

*W. A. Bickle* and *J. P. Siddal,* for appellant.

*C. C. Binckley* and *W. Morrow,* for appellee.